**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NIKISHA KELLY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-00437** |
| **DISCOVERY HEALTH SCIENCES FOUNDATION, INC., ET AL.** | **SECTION "T" (2)** |

## ORDER

The Court, after considering the Motion to Enforce Settlement filed by Defendant Discovery Health Sciences Foundation, Inc. (R. Doc. 37), the record, the applicable law, the Magistrate Judge's Findings and Recommendation (R. Doc. 42), and finding that as of this date Plaintiff Nikisha Kelly has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion to Enforce Settlement Agreement (R. Doc. 37) is GRANTED and that Plaintiff Nikisha Kelly is ordered to execute same within 14 days. Should Plaintiff fail to do so, the Court will, upon motion of Defendant, enter a Judgment reflecting the terms of the settlement.

New Orleans, Louisiana, this _____6th_____ day of _____August_____, 2026.

_____
UNITED STATES DISTRICT JUDGE